**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In Re:    ERICA ENGLISH                                  §
                                                          §    Case No.: 09-39707
                                                          §
                                                          §
                                                          §
          Debtor(s)                                       §
------------------------------------------------------------------------

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/23/2009.

2) This case was confirmed on 01/21/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/07/2010, 09/13/2010.

5) The case was dismissed on 09/23/2010.

6) Number of months from filing to the last payment: 6

7) Number of months case was pending: 14

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $    19,320.00

10) Amount of unsecured claims discharged without payment $        .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $ 5,280.00 |
| Less amount refunded to debtor | $     .00 |
| **NET RECEIPTS** | $ 5,280.00 |

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid through the Plan | $ 617.79 |
| Court Costs | $     .00 |
| Trustee Expenses and Compensation | $ 374.23 |
| Other | $     .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 992.02 |
| Attorney fees paid and disclosed by debtor | $ 1,771.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| FOUNTAIN CREST 3 CON | SECURED | 478.00 | .00 | 478.00 | 26.12 | .00 |
| FOUNTAIN CREST 3 CON | UNSECURED | 478.00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | SECURED | 16,875.00 | 25,271.86 | 25,271.86 | 3,832.55 | 429.31 |
| WELLS FARGO FINANCIA | UNSECURED | 8,661.00 | NA | NA | .00 | .00 |
| WELLS FARGO HOME MOR | SECURED | 68,428.00 | .00 | .00 | .00 | .00 |
| WELLS FARGO HOME MOR | UNSECURED | 11,591.00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 1,500.00 | 1,842.00 | 1,842.00 | .00 | .00 |
| AFS/CC | UNSECURED | .00 | NA | NA | .00 | .00 |
| AFS/CC | UNSECURED | .00 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS | UNSECURED | 253.00 | NA | NA | .00 | .00 |
| ASPIRE/CB&T | UNSECURED | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 4,255.00 | 4,715.01 | 4,715.01 | .00 | .00 |
| CAPITAL ONE | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 4,662.00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA | UNSECURED | 7,397.00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 2,324.00 | 2,324.32 | 2,324.32 | .00 | .00 |
| CITI CARDS | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | .00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 1,622.00 | NA | NA | .00 | .00 |
| DIRECT MERCHANTS BAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | .00 | NA | NA | .00 | .00 |
| FIRST NATIONAL BANK | UNSECURED | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| FIRST NATL BK OF MAR | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/OLD NAVY | UNSECURED | .00 | NA | NA | .00 | .00 |
| GEMB/JC PENNY | UNSECURED | .00 | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 729.00 | 729.38 | 729.38 | .00 | .00 |
| HSBC HARLEM FUR | UNSECURED | .00 | NA | NA | .00 | .00 |
| HSBC NV | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 996.00 | 996.92 | 996.92 | .00 | .00 |
| HSBC/DAVBR | UNSECURED | .00 | NA | NA | .00 | .00 |
| CHASE BANK USA NA | UNSECURED | 490.00 | 567.07 | 567.07 | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | .00 | 562.19 | 562.19 | .00 | .00 |
| SPIRIT OF AMERICA NA | UNSECURED | 449.00 | 527.44 | 527.44 | .00 | .00 |
| MACYS/FDSB | UNSECURED | .00 | NA | NA | .00 | .00 |
| SSH ANESTHESIA | UNSECURED | 72.00 | NA | NA | .00 | .00 |
| NEWPORT NEWS | UNSECURED | .00 | NA | NA | .00 | .00 |
| PROVIDIAN NATIONAL B | UNSECURED | .00 | NA | NA | .00 | .00 |
| RNB-FIELDS3 | UNSECURED | .00 | NA | NA | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | 1,818.00 | 2,053.66 | 2,053.66 | .00 | .00 |
| SAMS CLUB | UNSECURED | .00 | NA | NA | .00 | .00 |
| SAMS CLUB | UNSECURED | .00 | NA | NA | .00 | .00 |
| SCA/AEROPOSTALE | UNSECURED | .00 | NA | NA | .00 | .00 |
| SEARS/CBSD | UNSECURED | .00 | NA | NA | .00 | .00 |
| TD BANKNORTH MAINE | UNSECURED | .00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | UNSECURED | .00 | NA | NA | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4,834.00 | 4,834.75 | 4,834.75 | .00 | .00 |
| USA CREDIT | UNSECURED | .00 | NA | NA | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | 576.00 | NA | NA | .00 | .00 |
| WASHINGTON/PROVIDIAN | UNSECURED | .00 | NA | NA | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | 5,337.00 | 5,337.14 | 5,337.14 | .00 | .00 |
| WELLS FARGO BANK NA | UNSECURED | 1,688.00 | 1,688.87 | 1,688.87 | .00 | .00 |
| WFNNB/ASHLEY STEWART | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB/BRYLHM | UNSECURED | 513.00 | NA | NA | .00 | .00 |
| WFNNB/EXPRESS | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB NEW YORK & COM | UNSECURED | .00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | UNSECURED | 796.00 | 796.33 | 796.33 | .00 | .00 |
| NCO PORTFOLIO MGMT | UNSECURED | 1,655.00 | 1,754.78 | 1,754.78 | .00 | .00 |
| WFNNB/SPIEGEL | UNSECURED | .00 | NA | NA | .00 | .00 |
| WFNNB/THE BUCKLE | UNSECURED | .00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | SECURED | NA | 2,455.38 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 471.00 | 471.00 | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | 500.00 | NA | NA | .00 | .00 |
| ADVOCATE HEALTH CTR | UNSECURED | 30.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | UNSECURED | 200.00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ASSOCIATED LABORATOR | OTHER | .00 | NA | NA | .00 | .00 |
| WELLS FARGO FINANCIA | OTHER | .00 | NA | NA | .00 | .00 |
| ACL INC | UNSECURED | 15.00 | NA | NA | .00 | .00 |
| BUD AMBULANCE SERVIC | UNSECURED | 100.00 | NA | NA | .00 | .00 |
| CALUMET DERMATOLOGY | UNSECURED | 35.00 | NA | NA | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK | UNSECURED | 335.00 | NA | NA | .00 | .00 |
| COMCAST | UNSECURED | 1,346.00 | NA | NA | .00 | .00 |
| WORLD FINANCIAL NETW | OTHER | .00 | NA | NA | .00 | .00 |
| HEALTH CARE SERVICE | UNSECURED | 277.00 | NA | NA | .00 | .00 |
| HOMEWOOD FLOSSMOOR M | UNSECURED | 327.00 | NA | NA | .00 | .00 |
| ADVOCATE SOUTH SUBUR | OTHER | .00 | NA | NA | .00 | .00 |
| ILLINOIS STATE HIGHW | UNSECURED | 425.00 | NA | NA | .00 | .00 |
| INGALLS MIDWEST EMER | UNSECURED | 1,253.00 | NA | NA | .00 | .00 |
| GE MONEY BANK | OTHER | .00 | NA | NA | .00 | .00 |
| MEDICAL RECOVERY SPE | UNSECURED | 244.00 | NA | NA | .00 | .00 |
| MIDWEST EMERGENCY AS | UNSECURED | 23.00 | NA | NA | .00 | .00 |
| WFNNB | OTHER | .00 | NA | NA | .00 | .00 |
| CITIBANK | OTHER | .00 | NA | NA | .00 | .00 |
| SOUTHWEST LABORATORY | UNSECURED | 75.00 | NA | NA | .00 | .00 |
| NEWPORT NEWS | OTHER | .00 | NA | NA | .00 | .00 |
| SUBURBAN EMERGENCY P | UNSECURED | 37.00 | NA | NA | .00 | .00 |
| SURGICAL SPECIALISTS | UNSECURED | 86.00 | NA | NA | .00 | .00 |
| WELLS FARGO | UNSECURED | 2,456.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | NA | 624.91 | 624.91 | .00 | .00 |
| PRA RECEIVABLES MANA | UNSECURED | NA | .00 | .00 | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 25,271.86 | 3,832.55 | 429.31 |
| All Other Secured | 478.00 | 26.12 | .00 |
| **TOTAL SECURED:** | 25,749.86 | 3,858.67 | 429.31 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 1,842.00 | .00 | .00 |
| **TOTAL PRIORITY:** | 1,842.00 | .00 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 27,983.77 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 992.02 |
| Disbursements to Creditors | $ | 4,287.98 |
| **TOTAL DISBURSEMENTS:** | $ | 5,280.00 |

12)    The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated:    12/15/2010            /s/ Tom  Vaughn
                                Tom  Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**